ORIGINAL

FILED
JUN 18 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAREER TRAINING CONCEPTS, INC., | ) | |
| | ) | **FILED UNDER SEAL** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-450 C |
| | ) | |
| THE UNITED STATES, | ) | **PROTECTED INFORMATION** |
| | ) | **ENCLOSED SUBJECT TO** |
| Defendant. | ) | **CFC PROTECTIVE ORDER** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

On June 17, 2008, in conjunction with the filing of this motion, Plaintiff, Career Training Concepts, Inc. ("Plaintiff" or "CTC"), filed its Protest Complaint against Defendant. That Protest Complaint contains, and deals with, proprietary and sensitive non-public information about Plaintiff and the services it provides Defendant. This information needs to be protected from disclosure to competitors and the public at large. As such, pursuant to Part 4 of Appendix C of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff respectfully requests that its June 17, 2008 Protest Complaint be sealed.

Defendant has not yet assigned counsel to represent it in this case. Therefore, Plaintiff was not able to confer with Defendant prior to the filing of this motion.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant this motion for leave to file its Protest Complaint under seal and order that the Protest Complaint, and any documents attached thereto, be sealed from the public view.

Respectfully submitted,

NEEL, HOOPER & BANES, P.C.

By: ______________________

Bryant S. Banes
Sean D. Forbes
Neel, Hooper & Banes, PC
1800 West Loop South, Suite 1400
Houston, Texas 77027-3008
Tel: (713) 629-1800
Fax: (713) 629-1812
E-mail: bbanes@neelhooper.com

Counsel for Plaintiffs

June 17, 2008

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on June 17, 2008, copies of the foregoing filing was sent, via facsimile, to:

U.S. Department of Justice
Civil Division
National Courts Branch
Tel: (202) 514-7300
Fax: (202) 514-7965

Major William Nelson
U.S. Army Contract Appeals Division
Tel: (703) 696-1500
Fax: (703) 696-1537
E-Mail: William.Nelson@hqda.army.mil

Scott Riback, Esq.
U.S. Government Accountability Office
Tel: (202) 512-4788
Fax: (202) 512-9749
E-Mail: RibackS@gao.gov

Mandy McCary, Esq.
705 First Street, Suite 210
Marble Falls, Texas 78654
Tel: (830) 798-2420
Fax: (830) 798-2470
E-Mail: mknaron@hotmail.com

Bryant S. Banes