# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**CAREER TRAINING CONCEPTS, INC,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**No. 08-450C**
**Filed: June 18, 2008**

## O R D E R

The court received a bid protest in the above-captioned case within the last hour. The protest seeks injunctive relief. The court **SCHEDULES** a hearing on the protest for **Friday, June 20, 2008, 3:00 p.m. EDT**. The parties may appear by telephone for the hearing. Unless otherwise notified, the court will contact plaintiff's counsel at (713) 629-1800, defendant's counsel at (202) 305-7571, and agency counsel at (703) 696-2825. The parties shall consult prior to the hearing and be prepared to discuss the issues, and to propose how to proceed in the case, with a proposed time line.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**