# In the United States Court of Federal Claims

* * * * * * * * * * *

**CAREER TRAINING CONCEPTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * *

**No. 08-450C**
**Filed: June 20, 2008**

## O R D E R

This court held a hearing in the above-captioned bid protest case on June 20, 2008. An earlier protest had been filed by Career Training Concepts, Inc. at the General Accountability Office (GAO). Defendant requests that, pursuant to 4 C.F.R. § 21.11 (2008), the GAO issue an advisory opinion in the case filed at the GAO. According to representations made to the court, the issues have been briefed at the GAO and an opinion was expected shortly. An advisory opinion from the GAO would be of assistance to this court in reviewing the bid protest issues. Based on the contract schedule, this court intends to issue its ruling on this matter on or before August 6, 2008, when the existing bridge contract expires. Therefore, the clerk's office of the United States Court of Federal Claims is directed to communicate with the GAO and to request an advisory opinion in the GAO protest case involving Career Training Concepts, Inc., pursuant to 4 C.F.R. § 21.11.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**