# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**CAREER TRAINING CONCEPTS, INC,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 08-450C**
**Filed: June 26, 2008**

## O R D E R

The court held a hearing in the above-captioned bid protest on June 20, 2008, with the parties appearing by telephone. As agreed to by the parties at the hearing, on or before **Friday, June 27, 2008**, a joint administrative record shall be filed. The administrative record may be filed on a compact disk, however, the parties shall provide a courtesy, paper copy of the administrative record to chambers, sequentially numbered, tabbed, and with a comprehensive index. On or before **Friday, July 11, 2008**, the parties shall file their opening briefs simultaneously. The parties shall adhere to the organization of issues outlined during the June 20, 2008 hearing, including the order of the issues discussed, to ensure all issues are joined. On or before **Wednesday, July 16, 2008**, the parties shall file their reply briefs simultaneously. The above dates were agreed to and effective on the date of the court's initial hearing, June 20, 2008.

Defendant has committed to the court that it will not proceed further with the MTCI award, until after the expiration of the bridge conract with Mind and Media/CTC on August 6, 2008. As discussed with the parties, the court contemplates scheduling oral argument between July 16, 2008 and August 1, 2008, unless the agency were to extend the bridge contract. The court also contemplates issuing a bench decision on or before August 6, 2008, unless the agency were to extend the bridge contract. Defendant shall advise chambers immediately, at (202) 357-6580, if the bridge contract is extended and before any contract award is made.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**