# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**CAREER TRAINING CONCEPTS, INC,** *

**Plaintiff,** *

**v.** *

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * *

**No. 08-450C**
**Filed: June 27, 2008**

## O R D E R

The parties' attention is drawn to the GAO advisory decision, B-311429, et al., in the CTC protest filed with the GAO. The decision has been scanned into the docket. The parties shall include discussion of the GAO decision in their briefs. As a reminder, by today, **Friday, June 27, 2008**, the joint administrative record shall be filed. The administrative record may be filed on a compact disk, however, the parties shall provide a courtesy, paper copy of the administrative record to chambers, sequentially numbered, tabbed, and with a comprehensive index. On or before **Friday, July 11, 2008**, the parties shall file their opening briefs simultaneously. The parties shall adhere to the organization of issues outlined during the June 20, 2008 hearing, including the order of the issues discussed, to ensure all issues are joined. On or before **Wednesday, July 16, 2008**, the parties shall file their reply briefs simultaneously. Defendant is further reminded to advise chambers immediately, at (202) 357-6580, if the Mind and Media/CTC bridge contract is extended and before proceeding with the contract award to MTCI.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**