IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST)

| | | |
|---|---|---|
| CAREER TRAINING CONCEPTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-450C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, defendant, the United States, hereby provides notice that it is filing the administrative record of the proceedings regarding the protest filed by plaintiff, Career Training Concepts, Inc., in this matter on CD-ROM. Additionally, the Government is providing one bound courtesy copy of the administrative record to chambers as required by paragraph 10, Appendix E, of the Rules of the United States Court of Federal Claims.

Respectfully submitted,

GREGORY A. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

OF COUNSEL:

MAJOR WILLIAM J. NELSON
U.S. Army Legal Services Agency
Contract and Fiscal Law Division
901 North Stuart Street
Suite 500
Arlington, Virginia 22203-1837

s/Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530
(202) 305-7571

June 27, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 27, 2008, a copy of foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" was filed electronically pursuant to the Court's protective order. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis