# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CAREER TRAINING CONCEPTS, INC,** | * | |
| **Plaintiff,** | * | **No. 08-450C** |
| **v.** | * | **Filed: July 10, 2008** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * *

## O R D E R

The parties have requested oral argument in the above-captioned case, and the court has selected one of the parties' proposed dates for that purpose. Oral argument is **SCHEDULED** for **Friday, July 25, 2008, 10:30 a.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The parties shall appear in person, and be prepared to address all issues. The courtroom number will be posted on the day of the oral argument. Furthermore, the parties are reminded that their opening briefs are due on or before **Friday, July 11, 2008**, and that reply briefs are due on or before **Wednesday, July 16, 2008**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**