# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | | |
| | * | |
| **CAREER TRAINING CONCEPTS, INC,** | * | |
| | * | |
| | * | **No. 08-450C** |
| **Plaintiff,** | * | **Filed: July 24, 2008** |
| **v.** | * | |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * | | |

**O R D E R**

As recently discussed with the parties, the oral argument in the above-captioned case previously set for Friday, July 25, 2008, 10:30 a.m. EDT, is hereby **RESCHEDULED** for **Monday, July 28, 2008, 2:30 p.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The parties shall appear in person, and be prepared to address all issues. The courtroom number will be posted on the day of the oral argument. The court appreciates the parties' cooperation on the rescheduling of argument.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**