# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**CAREER TRAINING CONCEPTS, INC,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 08-450C**
**Filed: July 29, 2008**

## O R D E R

The court heard oral argument in the above-captioned case on July 28, 2008. As discussed with the parties, the court **SCHEDULES** another hearing for **Wednesday, August 6, 2008, 10:00 a.m. EDT**. The parties may appear for the hearing by telephone. Unless otherwise notified, plaintiff's counsel will be contacted at (713) 629-1800, defendant's counsel will be contacted at (703) 305-7571, and agency counsel will be contacted at (703) 696-2825.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**