# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**CAREER TRAINING CONCEPTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**No. 08-450C**
**Filed: August 11, 2008**

**O R D E R**

The court is in receipt of the plaintiff's Motion for Partial Reconsideration of the court's denial of injunctive relief and of the court's judgment in favor of the government on its motion for judgment upon the administrative record. On or before **Tuesday, August 12, 2008, 5:00 p.m. EDT,** in accordance with RCFC 59(b), defendant shall file a response to the plaintiff's Motion for Partial Reconsideration.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**