# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAREER TRAINING CONCEPTS, INC., | ) | |
| | ) | No. 08-450C |
| Plaintiff, | ) | (Judge Horn) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | BID PROTEST |
| Defendant, | ) | |
| | ) | |
| | ) | |
| | ) | PROTECTED MATERIAL |
| | ) | ENCLOSED. DO NOT DISCLOSE |
| | ) | EXCEPT AS PROVIDED IN |
| | ) | CFC PROTECTIVE ORDER |

## PLAINTIFF'S STATUS REPORT

Pursuant to this Court's August 6, 2008 bench ruling, Plaintiff, Career Training Concepts, Inc., through undersigned counsel, hereby advises this Court that it will not proceed with a permanent injunction on its Procurement Integrity Act/Organizational Conflict of Interest claims.

Respectfully submitted,

NEEL, HOOPER & BANES, P.C.

By:

Bryant S. Banes
Sean D. Forbes
Neel, Hooper & Banes, PC
1800 West Loop South, Suite 1400
Houston, Texas 77027-3008
Tel: (713) 629-1800
Fax: (713) 629-1812

Counsel for Plaintiff

August 15, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 15th day of August, 2008, a copy of the foregoing "Plaintiff's Status Report" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

s/ Sean D. Forbes