# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**CAREER TRAINING CONCEPTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 08-450C**
**Filed: August 28, 2008**

## O R D E R

The court issued a sealed opinion in the above-captioned case on August 25, 2008. On or before **Friday, September 5, 2008**, the parties shall consult, and file a joint submission with strikeouts showing language in the opinion proposed for redaction. If no material is proposed for redaction, the parties shall so indicate in a short joint status report to the court.

On or before **Thursday, September 25, 2008**, the parties shall review all protected material filed in this case and file a joint status report identifying material considered by a party to require continued protection, for what period of time, and the basis for the need for continued protection. One party may file a joint status report with the permission of the other party.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**