# In the United States Court of Federal Claims

**No. 08-450 C**

**CAREER TRAINING CONCEPTS, INC.**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Opinion, filed August 25, 2008, denying plaintiff's motion for judgment upon the administrative record and request for injunctive relief,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the above-captioned case is dismissed.

John S. Buckley
Acting Clerk of Court

**August 28, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.